UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:12-CR-3 RM |
| ) | |
| ROBERT PULLIAM ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on April 24, 2013. Accordingly, the court ADOPTS those findings and recommendations [docket # 23], ACCEPTS defendant Robert Pulliam's plea of guilty, and FINDS the defendant guilty of Count 3 of the Indictment, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED:   May 17, 2013

/s/ Robert L. Miller, Jr.
Judge, United States District Court
Northern District of Indiana